**Claude Welch, by C. W. White, appellee, v. Pennsylvania Railroad Company, appellant.**

Trespass for destruction of automobile by train through railway's negligence.   Judgment for plaintiff.   Appeal from the City Court of East St. Louis; the Hon. William F. Borders, Judge, presiding.   Heard in this court at the October term, 1926.   Reversed and remanded. Opinion filed February 19, 1927.

Fordyce, Holliday & White and Whitnel & Browning, for appellant. Louis Beasley and Edward C. Zulley, for appellee.

Mr. Justice Higbee delivered the opinion of the court.

**Henry Pinkstaff and Ella Pinkstaff, appellees, v. James Pinkstaff, appellant.**

Assumpsit for amount due under oral contract.   Judgment for plaintiffs.   Appeal from the Circuit Court of Lawrence county; the Hon. J. C. Eagleton, Judge, presiding.   Heard in this court at the October term, 1926.   Affirmed. Opinion filed February 19, 1927.

Gee & Gee and P. W. Barnes, for appellant.   Shaw & Huffman, for appellees.

Mr. Justice Higbee delivered the opinion of the court.

**Jennie Kerins, appellee, v. James R. Pruitt et al. Henry Bergman and Theresa Louise Bergman, appellants.**

Bill for foreclosure.   Decree for complainant.   Appeal from the Circuit Court of St. Clair county; the Hon. George A. Crow, Judge, presiding.   Heard in this court at the October term, 1926.   Affirmed. Opinion filed February 19, 1927.

W. E. Knowles, for appellants.   H. Grady Vien, for appellee.

Mr. Justice Higbee delivered the opinion of the court.

**John P. Keim, appellee, v. Henry T. Renshaw et al., appellants.**

Bill to foreclose mortgage.   Decree for complainant.   Appeal from the Circuit Court of St. Clair county; the Hon. George A. Crow, Judge, presiding.   Heard in this court at the March term, 1926.   Affirmed. Original opinion filed February 19, 1927.   Rehearing denied and opinion modified and refiled March 23, 1927.

Ralph Cook and Charles A. Karch, for appellants.   Otto F. Leffler and Turner, Holder & Bullington, for appellee.

Mr. Justice Higbee delivered the opinion of the court.